[No. 24021-5-III.   Division Three.   April 11, 2006.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant,* v. TYSON FOODS, INC./IBP, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 05-2-50133-5, Vic L. VanderSchoor, J., entered March 28, 2005. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[No. 23317-1-III.   Division Three.   April 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00158-0, John M. Antosz, J., entered July 12, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.

[No. 23585-8-III.   Division Three.   April 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAVIER CHAVEZ, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 04-1-50270-4, Craig J. Matheson, J., entered November 9, 2004. *Reversed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis A.C.J., and Brown, J.

[No. 23751-6-III.   Division Three.   April 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMIAH IGNACIO MARTINEZ, *Appellant.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated September 28, 2006. Substitute opinion filed. Now published at 135 Wn. App. 174.